Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
LUCKIESIA BELTON

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| LUCKIESIA BELTON,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>STELLAR RECOVERY, INC.,  )<br>  )<br>    Defendant.  )<br>  ) | **Case No.:** 2:16-cv-00594-TLN-CKD |

**NOTICE OF SETTLEMENT**

Plaintiff, LUCKIESIA BELTON, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED:  May 5, 2016              AGRUSS LAW FIRM, LLC


                                 By: /s/  Michael S. Agruss
                                     Michael S. Agruss
                                     Attorney for Plaintiff
                                     LUCKIESIA BELTON

1

**CERTIFICATE OF SERVICE**

On May 5, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Alison N. Emery, at alison@assurancelawgroup.com.